UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-10078-CIV-MOORE/SIMONTON

AIMEE MATZ,

    Plaintiff,

vs.

SMUGGLER'S RESORT & MARINA, LLC, et al.,

    Defendants.
_____/

### DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

COME NOW Defendants, THE WELLNESS HABITAT COMPANY, LLC and ROBERT THORNE, by and through their undersigned counsel, hereby file their Supplemental Response to Plaintiff's Statement of Claim, and state as follows:

1. On November 10, 2017, Defendants filed a Response to Plaintiff's Statement of Claim. [D.E. 8].

2. On November 22, 2017, the court entered an order scheduling settlement conference directing the Defendants to file a supplemental response to Plaintiff's Statement of Claim. [D.E. 9].

3. Defendants have prepared a chart based on Plaintiff's schedules showing the hours that Plaintiff worked, the amount of money paid to her on a weekly basis and an explanation of any amount owed to Plaintiff for a particular week. (See attached Chart marked as Exhibit A). The schedules had been previously produced to Plaintiff's counsel.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF, to Peter Bober, Esq. of Bober & Bober, P.A., 1930 Tyler Street, Hollywood, Florida 33020, on this 8th day of December, 2017.

> THE LAW OFFICES OF
> EDDY O. MARBAN
> 2655 S. LeJeune Road, Suite 804
> Coral Gables, Florida 33134
> Telephone (305) 448-9292
> E-mail: marbanlaw@gmail.com
>
> By: *s/Edilberto O. Marban*
>      EDDY O. MARBAN, ESQ.
>      Fl. Bar No. 435960

2